AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

FILE COPY

| | | |
|---|---|---|
| Peter Crawley | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  3:11CV617 |
| Friedman & MacFadyen, P.A., et als. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Johnie R. Muncy
c/o Friedman & MacFadyen, P.A.
1601 Rolling Hills Drive Surry Building, Suite 125
Richmond, VA 23229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 16 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | |
|---|---|
| Peter Crawley <br> *Plaintiff* <br> v. <br> Friedman & MacFadyen, P.A., et als. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:11CV617 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  F & M Services, L.C.
c/o Samuel J. Kaufman, Registered Agent
15521 Midlothian Turnpike, Suite 300
Midlothian, VA 23113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

SEP 1 6 2011

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
Richmond Division

| | |
|---|---|
| Peter Crawley ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:11CV617 |
| Friedman & MacFadyen, P.A., et als. ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Friedman & MacFadyen, P.A.
c/o Samuel J. Kaufman, Registered Agent
15521 Midlothian Turnpike, Suite 300
Midlothian, VA 23113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 1 6 2011

_____
*Signature of Clerk or Deputy Clerk*