AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
**Richmond Division**

F I L E D
OCT 1 3 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Peter Crawley )
)
_Plaintiff_ )
v. ) Civil Action No. 3:11CV617
Friedman & MacFadyen, P.A., et als. )
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Friedman & MacFadyen, P.A.
c/o Samuel J. Kaufman, Registered Agent
15521 Midlothian Turnpike, Suite 300
Midlothian, VA 23113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 1 6 2011

_Signature of Clerk or Deputy Clerk_

**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

09/28/11

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Peter Crawley | **Court:** | United States District Court |
| **Defendant:** | Friedman & MacFadyen, P.A., et als | **Case:** | 3:11CV617 |
| **Serve:** | Friedman & MacFadyen, P.A. Samuel J. Kaufman, R/A 15521 Midlothian Tpke., Ste. 300 Midlothian, VA 23113 | **Return Date:** **Time:** | |
| **Contact:** | Matthew J. Erausquin - RTC 1800 Diagonal Road, Suite 600 Alexandria, VA 22314 | **Phone:** | 7032737770 |

**Type(s) of Writ(s)**                                                                paper:1355484

Summons and Complaint

Witness/Defendant Friedman & MacFadyen, P.A. was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, __W. MARSTON__ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 9-29-11     **Served Time:** 1430

_____
Signature of Process Server

**Notary**

State of: Virginia                 County/City of: Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this __3__ day of Sep/Oct 20 11

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 248197 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -** Lori Owen Per Affidavit

*[Notary seal: VICKY R. MARSTON, NOTARY PUBLIC, REG # 237199, MY COMMISSION EXPIRES 12/31/2013, COMMONWEALTH OF VIRGINIA]*

SAMUEL J. KAUFMAN

(804) 594-1911
(804) 594-0455  *fax*
(804) 301-7585  *mobile*

SKAUFMAN@OWENOWENS.COM

15521 Midlothian Turnpike
SUITE 300
MIDLOTHIAN, VA 23113

## AUTHORIZATION
### PURSUANT TO CODE OF VIRGINIA, SECTION 13.1-637A or 13.1-766A

Samuel J. Kaufman is registered agent for F & M Services, LLC. Pursuant to Code of Virginia, Section 13.1018, Samuel J. Kaufman, as registered agent, does hereby designate Lori Owen, Suzanne Drake, Evelyn Benitez, Karen Tench, and/or Susan Dodd as the persons in the office of Owen & Owens PLC, the law firm which employs Samuel J. Kaufman, Esquire, upon whom service of process, notice or demand can be served in lieu of service on Samuel J. Kaufman as the registered agent.

_____        _____
Date                            Samuel J. Kaufman

COMMONWEALTH OF VIRGINA
COUNTY OF CHESTERFIELD, to-wit:

The foregoing instrument was acknowledged before me this 13th day of May, 2010 by Samuel J. Kaufman, Esquire at Owen & Owens PLC.

My Commission Expires: 12/31/11

_____
Notary Public

KAREN C. TENCH
Notary Public
Commonwealth of Virginia
283545
My Commission Expires Dec 31, 2011