AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Peter Crawley | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:11-cv-617 |
| Friedman & MacFadyen, P.A., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy.

Date: 10/14/2011

/s/ Douglas P. Rucker, Jr.
*Attorney's signature*

Douglas P. Rucker, Jr., Esq. (VSB No. 12776)
*Printed name and bar number*

Sands Anderson PC
2300 Bank of America Center
P.O. Box 1998
Richmond, Virginia 23218-1998
*Address*

drucker@sandsanderson.com
*E-mail address*

(804) 648-1636
*Telephone number*

(804) 783-7291
*FAX number*