AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Peter Crawley ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:11-cv-617 |
| Friedman & MacFadyen, P.A., et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy .

Date: 10/14/2011

/s/ Cullen D. Seltzer
*Attorney's signature*

Cullen D. Seltzer, Esq. (VSB No. 35923)
*Printed name and bar number*

Sands Anderson PC
2300 Bank of America Center
P.O. Box 1998
Richmond, Virginia 23218-1998
*Address*

cseltzer@sandsanderson.com
*E-mail address*

(804) 648-1636
*Telephone number*

(804) 783-7291
*FAX number*