UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PETER CRAWLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRIEDMAN & MACFADYEN, P.A., )<br>et al., )<br>)<br>Defendants. ) | Civil Action No. 3:11-cv-617 |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Defendants Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy</u> in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
<u>N/A</u>

Or
Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Defendants Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy</u> in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
<u>Friedman & MacFadyen</u>

Or
Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

DATED: October 14, 2011               **Respectfully Submitted,**

**FRIEDMAN & MACFADYEN, P.A.,**
**F&M SERVICES, L.C., and**
**JOHNIE R. MUNCY**

**By Counsel**

_____/s/ Cullen D. Seltzer_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

> Dale W. Pittman, Esq.
> The Law Office of Dale W. Pittman, P.C.
> 112-A W. Tabb Street
> Petersburg, Virginia 23803
> Telephone: 804-861-6000
> Facsimile: 804-861-3368
> dale@pittmanlawoffice.com
> *Counsel for Plaintiff*
>
> Kristi Cahoon Kelly, Esq.
> Surovell Isaacs Peterson & Levy PLC
> 4010 University Drive
> Suite 200
> Fairfax, Virginia 22030
> Telephone: 703-277-9774
> Facsimile: 703-591-2149
> kkelly@smillaw.com
> *Counsel for Plaintiff*
>
> Matthew James Erausquin
> Consumer Litigation Associates, P.C.
> 1800 Diagonal Road
> Suite 600
> Alexandria, Virginia 22314
> Telephone: 703-273-6080
> Facsimile: 888-892-3512
> matt@clalegal.com
> *Counsel for Plaintiff*

/s/ Cullen D. Seltzer
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
*Counsel for Defendants*