**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| John K. Goodrow, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00020-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Michelle McBeth, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00479-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Adam Mbundure, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00489-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Albert C. Ceccone, | : | |
| Plantiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00555-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |

| | | |
|---|---|---|
| Allen Chatter, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00613-MHL |
| Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy, | : | |
|     Defendants. | : | |
| Letonya Banks, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00614-MHL |
| Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy, | : | |
|     Defendants. | : | |
| Ivery Hicks, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-615-MHL |
| Friedman & MacFadyen, P.A., Miriam S. Fuchs, Jeffrey Huston, James J. Loftus, Kenneth J. MacFadyen, And Daniel Menchel, | : | |
|     Defendants. | : | |
| Knorly Smith, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00616-MHL |
| Friedman & MacFadyen, P.A., Miriam S. Fuchs, Jeffrey Huston, James J. Loftus, Kenneth J. MacFadyen, And Daniel Menchel, | : | |
|     Defendants. | : | |

| | | |
|---|---|---|
| Peter Crawley, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00617-MHL |
| Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy, | : : | |
|     Defendants. | : | |
| Laurel Buel and Milton Buel, | : | |
|     Plaintiffs, | : | |
| v. | : | Civil Action No: 3:11-cv-00716-MHL |
| Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy, | : : | |
|     Defendants. | : | |

**PLAINTIFFS' CONSENT MOTION TO STAY**

Pursuant to Federal Rules of Civil Procedure 16(c)(2), Plaintiffs in each of the above-styled cases move, with the consent of the Defendant, that discovery and merits litigation in the above actions be stayed to permit the Parties the opportunity to engage fully in mediation through a private mediator (under the Court's supervision). Because Defendants' current

extension to file responsive pleadings expires on November 15, 2011, the Parties respectfully request the Court's consideration of this consent motion before then.

Respectfully submitted,

/s/

Dale Wood Pittman, VSB#15673
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@cox.net

Robin Ann Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: rabbottlaw@msn.com

Gary L. Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Garyabbott9@msn.com

Susan Mary Rotkis
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: srotkis@clalegal.com
Kristi Cahoon Kelly, Esq., VSB #72791

SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail:  kkelly@siplfirm.com

John Chapman Petersen
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: jpetersen@smillaw.com

Matthew James Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

*Counsel for Plaintiffs*

***CERTIFICATE OF SERVICE***

 I certify that on November 10, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

 Andrew T. Rich, Esquire
 FRIEDMAN & MACFADYEN, P.A.
 Surry Building, Suite 125
 1601 Rolling Hills Drive
 Richmond, Virginia 23229
 trich@fmlaw.com

 Andrew Biondi
 Sands Anderson, PC
 1111 E. Main Street,   Suite 2400
 P.O. Box 1998
 Richmond, VA  23219
 E-mail: abiondi@sandsanderson.com

 Douglas Pendleton Rucker, Jr.
 Sands Anderson, PC
 1111 E. Main Street, Suite 2400
 P.O. Box 1998
 Richmond, VA  23218-1998
 E-mail: drucker@sandsanderson.com

 Cullen Dennis Selzer
 Sands Anderson, PC
 1111 E. Main Street, Suite 2400
 P.O. Box 1998
 Richmond, VA  23218-1998
 E-mail: cseltzer@sandsanderson.com

 Counsel for Defendants

           ___/s/_____
           Dale Wood Pittman, VSB#15673
           The Law Office of Dale W. Pittman, P.C.
           112-A W. Tabb Street
           Petersburg, VA 23803
           Telephone: (804) 861-6000
           Facsimile: (804) 861-3368
           E-mail: dale@pittmanlawoffice.com