**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| John K. Goodrow, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00020-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Michelle McBeth, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00479-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Adam Mbundure, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00489-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Albert C. Ceccone, | : | |
| Plantiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00555-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |

Allen Chatter,                                     :

      Plaintiff,                            :

v.                                                 :          Civil Action No: 3:11-cv-00613-MHL

Friedman & MacFadyen, P.A.,                        :
F&M Services, L.C. and
Johnie R. Muncy,                                   :

      Defendants.                          :

Letonya Banks,                                     :

      Plaintiff,                            :

v.                                                 :          Civil Action No: 3:11-cv-00614-MHL

Friedman & MacFadyen, P.A.,                        :
F&M Services, L.C. and
Johnie R. Muncy,                                   :

      Defendants.                          :

Ivery Hicks,                                       :

      Plaintiff,                            :

v.                                                 :          Civil Action No: 3:11-cv-615-MHL

Friedman & MacFadyen, P.A.,                        :
Miriam S. Fuchs, Jeffrey Huston,
James J. Loftus, Kenneth J. MacFadyen,             :
And Daniel Menchel,
                                                   :
      Defendants.

Knorly Smith,                                      :

      Plaintiff,                            :

v.                                                 :          Civil Action No: 3:11-cv-00616-MHL

Friedman & MacFadyen, P.A.,                        :
Miriam S. Fuchs, Jeffrey Huston,
James J. Loftus, Kenneth J. MacFadyen,             :
And Daniel Menchel,
                                                   :
      Defendants.

Peter Crawley,                          :

      Plaintiff,                   :

v.                                      :        Civil Action No: 3:11-cv-00617-MHL

Friedman & MacFadyen, P.A.,             :
F&M Services, L.C. and
Johnie R. Muncy,                        :

      Defendants.                  :

Laurel Buel and
Milton Buel,                            :

      Plaintiffs,                  :

v.                                      :        Civil Action No: 3:11-cv-00716-MHL

Friedman & MacFadyen, P.A.,             :
F&M Services, L.C. and
Johnie R. Muncy,                        :

      Defendants.                  :

## PLAINTIFFS' CONSENT MOTION TO CONSOLIDATE

Pursuant to Federal Rules of Civil Procedure 42(a) and 16(c)(2), Plaintiffs in each of the above-styled cases move, with the consent of the Defendants, that the above actions be consolidated for the limited purposes of pre-trial management and mediation.

Respectfully submitted,

      /s/
Dale Wood Pittman, VSB#15673
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@cox.net

Robin Ann Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: rabbottlaw@msn.com

Gary L. Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Garyabbott9@msn.com

Susan Mary Rotkis
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: srotkis@clalegal.com

Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: kkelly@siplfirm.com

John Chapman Petersen
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: jpetersen@smillaw.com

Matthew James Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

*Counsel for Plaintiffs*

<u>***CERTIFICATE OF SERVICE***</u>

I certify that on November 10, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Andrew T. Rich, Esquire
FRIEDMAN & MACFADYEN, P.A.
Surry Building, Suite 125
1601 Rolling Hills Drive
Richmond, Virginia 23229
trich@fmlaw.com

Andrew Biondi
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA  23219
E-mail: abiondi@sandsanderson.com

Douglas Pendleton Rucker, Jr.
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA  23218-1998
E-mail: drucker@sandsanderson.com

Cullen Dennis Selzer
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA  23218-1998
E-mail: cseltzer@sandsanderson.com

Counsel for Defendants


    /s/                      
Dale Wood Pittman, VSB#15673
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com