IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PETER CRAWLEY,

    Plaintiff,

v.                                               Case No. 3:11cv617

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants

### ORDER

This matter comes before the Court on Plaintiff Peter Crawley's Notice of Acceptance of Rule 68 Offer of Judgment. (Docket No. 102.) Crawley accepts the offer of judgment served by the Defendants. Defendants do not object to entry of judgment.

Therefore, the Court DIRECTS the CLERK to ENTER JUDGMENT for Peter Crawley only and against Defendants in the amount of $3,000, plus reasonable attorneys' fees and taxable costs as determined by the Court.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 11-29-12