AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern----------------------- DISTRICT OF ----------------Virginia-------------------
Richmond Division

PETER CRAWLEY,

    Plaintiff,

v.

FRIEDMAN & MACFADYEN, P.A., et al.

    Defendant.

**JUDGMENT IN A CIVIL CASE**
Civil Action No.: 3:11CV617

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒☐ **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered pursuant to the Court's Order entered November 29, 2012, for Plaintiff, PETER CRAWLEY only, and against Defendants, FRIEDMAN & MACFADYEN, P.A., F & M SERVICES, L.C. and JOHNIE R. MUNCY, in the amount of Three Thousand and 00/100 Dollars ($3,000.00) plus reasonable attorneys' fees and taxable costs as determined by the Court.

November 29, 2012
    Date

FERNANDO GALINDO, CLERK

/s/ C. McCracken
(By) Deputy Clerk